## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                                                         PLAINTIFF

v.                                              NO. 3:15CV00036 JLH/JTR

BRETT DUNCAN, Administrator,
Craighead County Detention Center, *et al.*                                                  DEFENDANTS

### ORDER

Nicholas Cortez Addison has filed his *pro se* § 1983 action alleging that defendants violated his constitutional rights. On March 13, 2015, the Court entered an Order giving Addison thirty days to either pay the filing fee or file an application to proceed *in forma pauperis*. Document #5. Addison never received a copy of that Order because he was released from custody without providing a forwarding address, as he was obligated to do. *See* Local Rule 5.5(c)(2). Further, the time for Addison to either pay the filing fee or file an application to proceed *in forma pauperis* has expired.

IT IS THEREFORE ORDERED THAT:

1. This case is dismissed without prejudice due to a lack of prosecution.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

DATED this 22nd day of April, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE