**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

NICHOLAS CORTEZ ADDISON                                      PLAINTIFF

v.                      NO. 3:15CV00036 JLH/JTR

BRETT DUNCAN, Administrator,
Craighead County Detention Center, *et al.*                    DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered separately today, this case is dismissed without prejudice. The action is terminated, and the Court certifies that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

DATED this 22nd day of April, 2015.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE